IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| UNITED STATES OF AMERICA, | CR 16–09–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ZACHARY THOMAS ARMSTRONG, | |
| Defendant. | |

This matter comes before the Court on the United States' motion for preliminary order of forfeiture (Doc. 30.) Defendant Zachary Thomas Armstrong appeared before this Court on August 31, 2016, and entered a plea of guilty to the Superseding Information filed on August 15, 2016. The Defendant's plea provides a factual basis and cause to issue a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 2253.

IT IS ORDERED that the United States' Unopposed Motion for Forfeiture of Property (Doc. 30) is GRANTED.

IT IS FURTHER ORDERED:

THAT Defendant Zachary Thomas Armstrong's interest in the

1

following property is forfeited to the United States, in accordance with 18 U.S.C. § 2253:

- Apple iPad, Serial #DMQJ139DDVD2.

THAT the United States Department of Homeland Security, or its designated sub-custodian shall, prior to disposition of the asset, seize the property subject to forfeiture and further make its return to this Court as provided by law;

THAT the United States shall provide written notice to all third-parties asserting a legal interest in any of the above-described property and shall post on an official government internet site http://www.forfeiture.gov for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 27th day of September, 2016.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court