IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY THOMAS ARMSTRONG,<br><br>Defendant. | CR 16–09–BU–DLC<br><br>ORDER |

This matter comes before the Court on Plaintiff the United States of America's Motion for a Final Order of Forfeiture. The Court having reviewed said motion and brief FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253;

2. A Preliminary Order of Forfeiture was entered on September 27, 2016;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. S 853(n)(1);

4. It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253;

1

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

The motion for Final Order of Forfeiture (Doc. 55) is GRANTED and Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 2253, free from the claims of any other party:

- Apple iPad, Serial #DMQJ139DDVD2.

The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law;

DATED this 13th day of March, 2017.

Dana L. Christensen, Chief Judge
United States District Court